IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD JEFFERY FERNALD**
**and CATHERINE MATHIS**                                                                 **PLAINTIFFS**

**v.**                            **Case No.  4:15-cv-00211 KGB**

**ADAM ROBERTSON, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the claims of separate plaintiff Richard Jeffery Fernald are dismissed without prejudice, and the claims of separate plaintiff Catherine Mathis are dismissed with prejudice.

So adjudged this 29th day of February, 2016.

_____
Kristine G. Baker
United States District Judge